# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JEREMY STACEY GODWIN<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **16-MJ-2102** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 3, 2016__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC Sec. 2113(a) | Unarmed Bank Robbery |

This criminal complaint is based on these facts:

See attached statement.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Drennon, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/09/2016

_____
*Judge's signature*

City and state: Nashville, Tennessee

E. Clifton Knowles, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

1) Your affiant, Jeremy Drennon, has been in law enforcement for over 10 years. I have been assigned at the FBI's Violent Crimes/Gang Task Force in the Nashville Resident Agency of the FBI Memphis Field Office for over eight months. I am is a Federally-deputized Task Force Officer sworn to investigate Federal criminal violations, including violations of 18 U.S.C. § 2113(a), and is charged with the duties of investigating violations of the drug and criminal laws of the United States.

2) This statement in support of a criminal complaint does not contain all the facts known to me, and is supported by my direct knowledge and investigation in this criminal matter, as well as information provided by or known to other law enforcement officers involved in this investigation.

3) On September 3, 2016, the SunTrust Bank, which is located at 4310 Nolensville Pike, Nashville, Tennessee, was robbed by a white male robber at approximately 10:35 a.m. STB is located in the Middle District of Tennessee.

4) The victim teller stated she was behind teller row at the bank when a white male subject approached her window and handed her a demand note written on a bank withdrawal slip. The teller read the note which read, "I have a gun. I don't want to hurt anyone. 20 <u>loose</u> 100.00" Out of fear for her safety and that of her coworkers, the teller complied with this robbery demand. The teller provided United States currency that was in the care, custody, and control of SunTrust Bank to the robber. A later bank audit showed the amount of money provided the robber to be $2,190.00.

5) The robber, after receiving the robbery proceeds, turned and walked toward the lobby doors, leaving the bank robbery demand note behind. The robber then fled on foot outside the bank.

6) Law enforcement thereafter responded to the bank and interviewed the teller, who described the robber as a white male, late 20s to early 30s, approximately 6' to 6'-1" tall, weighing approximately 150 to 160 lbs, wearing a white t-shirt (worn inside out), blue jeans and blue socks and flip flops.

7) The deposits at SunTrust Bank are federally insured by the Federal Deposit Insurance Corporation.

8) SunTrust Bank provided high quality color surveillance photographs of the robbery in progress. Those images, which are still shots of a surveillance video, depict a white male subject meeting the description of that given by the teller. These photographs were distributed and broadcast by local news stations on the evening of September 3, 2016.

9) Upon observing the September 3, 2016 news broadcast depicting the bank robbery photographs, Metro Nashville Police Officer, David Snowden immediately recognized the

1

bank robber as, **JEREMY GODWIN**, an individual he had arrested 10 days prior to the bank robbery (August 24, 2016) for two outstanding failure to be booked warrants.

10) On September 3, 2016, upon receiving information from Officer Snowden identifying **JEREMY GODWIN** as the bank robber a records check revealed that **GODWIN** did meet the description given by the victim teller and depicted in the surveillance photographs. .

11) On September 7, 2016, a photographic line-up was assembled with **JEREMY GODWIN'S** photograph in the second position. At approximately 10:00 a.m. on September 8, 2016, the victim teller positively identified **JEREMY GODWIN** as the person that robbed the STB on September 3, 2016. Upon observing the photographic line-up the victim teller immediately pointed to **JEREMY GODWIN'S** photograph and stated "I am 100 percent sure that is the person that robbed me."